DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of J.S., Jr., S.S., E.S., and L.S., children.

J.S.,

Petitioner,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM OFFICE,

Respondents.

No. 2D2025-1806

_____

October 31, 2025

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Kimberly Ann Campbell, Judge.

Jonathan Miceli of Office of Criminal Conflict & Civil Regional Counsel,
Clearwater, for Petitioner.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State
Attorney, Sixth Judicial Circuit, Clearwater, for Respondent Department
of Children and Families; and Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Mercy Almaguer, Senior Attorney, Appellate
Division, Statewide Guardian Ad Litem Office, Tallassee, for Respondent
Guardian Ad Litem Office.

PER CURIAM.

Denied.

LaROSE, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.